**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Royce Thermon JOHNSON, a.k.a. Tossie, a.k.a. Scoe, Defendant-Appellant.**

**No. 16-16300**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(November 17, 2017)

Michael B. Billingsley, Thomas E. Borton, IV, Gregory R. Dimler, Nicole Grosnoff, Eric W. Hunter, Praveen S. Krishna, Kathryn McHugh, Assistant U.S. Attorney, U.S. Attorney's Office, Birmingham, AL, for Plaintiff-Appellee

Before WILSON, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Victor Kelley, appointed counsel for Royce Johnson in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johnson's convictions and sentences are **AFFIRMED**.